GRAPHIRE CORPORATION, Appellant, v. REVLON PRODUCTS CORP. et al., Respondents.—

No opinion. Concur— Botein, P. J., Rabin, Valente, Stevens and Eager, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. CHARLES McGREGOR.— Motion for leave to reinstate appeals and to prosecute same as a poor person denied in all respects. Concur—Rabin, J. P., Valente, Stevens, Eager and Bergan, JJ.

MITCHELL & MORGAN, INC., v. JOSEPH SCHNEEBALG.— Motion for an enlargement of time granted insofar as to extend the time for defendant-appellant to serve and file the record on appeal and appellant's points to and including April 5, 1962, with notice of argument for April 17, 1962, said appeals to be argued or submitted when reached. If the appellant fails to comply with the condition imposed, the respondent may enter an order dismissing the appeals without notice to the appellant. Concur—Breitel, J. P., Valente, McNally, Eager and Steuer, JJ.

BENJAMIN SCHLAKS v. JOSEPH SCHLAKS et al.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before August 14, 1962, with notice of argument for the September 1962 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Rabin, Valente, Stevens and Eager, JJ.

HELENE D. STAHL v. STANLEY STAHL.— Motion for an enlargement of time granted insofar as to extend the time for apellant to procure the record on appeal and appellant's points to be served and filed on or before April 24, 1962, with notice of argument for the May 1962 Term of this court, said appeal to be argued or submitted when reached. Respondent's points are to be served and filed on or before May 9, 1962. The order of this court, entered on March 8, 1962, is modified accordingly. Concur — Botein, P. J., Rabin, Valente, Stevens and Eager, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. FRANCISCO CRUZ AND ROGELIO SOTO.— Motion to vacate order of consolidation denied. The appeal herein is adjourned to the May 1962 Term of this court. Appellant Rogelio Soto is directed to serve and file his appellant's points with notice of argument for the May 1962 Term of this court on or before April 3, 1962. Respondent's points are to be served and filed on or before April 18, 1962. Concur — Botein, P. J., Rabin, Valente, Stevens and Eager, JJ.

(Republished)

DOROTHY A. FINN, Appellant, v. JOHN J. FINN, Respondent.—

No opinion. The order of this court, entered on March 15, 1962 (ante, p. 895), is vacated. Concur — Botein, P. J., Breitel, Rabin, McNally and Stevens, JJ.

GEORGE CHR. LEMOS v. NATIONAL HERALD, INC., et al.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before April 3, 1962, with notice of argument for the May 1962 Term of this court, said appeal to be argued or submitted when reached. Concur — Breitel, J. P., Valente, McNally, Eager and Steuer, JJ.